UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>MELISSA JAMES, ET AL.,<br><br>　　　　Defendant(s).<br>_____/ | No. C-14-04242 DMR<br><br>**ORDER TAKING MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　　The court has received Defendants John A. James II and Coleman James's motion to appoint a guardian ad litem for Defendant C.W.J. (Docket No. 18), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the November 13, 2014 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

　　　　IT IS SO ORDERED.

Dated: November 10, 2014

_____
DONNA M. RYU
United States Magistrate Judge