Daphne A. Beletsis, Bar No. 142006
Malcolm T. Manwell, Bar No. 71803
Deborah S. Bull, Bar No. 222826
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP
438 1st Street, 4th Floor
Santa Rosa, California 95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242

Attorneys for Defendant
MELISSA JAMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA JAMES, JOHN A. JAMES II, COLEMAN C. JAMES AND C.W.J., a minor,<br><br>Defendants. | Case No. 4:14-CV-04242-DMR<br><br>**REQUEST TO APPEAR BY PHONE AT CASE MANAGEMENT CONFERENCE;** ~~PROPOSED~~ **ORDER**<br><br>Hon. Donna M. Ryu<br><br>Date: December 17, 2014<br>Time: 1:30 p.m.<br>Ctrm.: 4 |

Daphne A. Beletsis represents defendant Melissa James and requests telephonic appearance at the Case Management Conference on December 17, 2014, at 1:30 p.m. Counsel's office is located in Santa Rosa, California, and good cause exists based on distance from the courthouse and expense to the client in having to make the appearance in person. Matthew A. Chavez and Michael K. Brisbin who represent the other parties have no objection to this request for telephonic appearance.

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP

DATED: December 10, 2014          By: _/s/ Daphne A. Beletsis_
                                       DAPHNE A. BELETSIS
                                       Attorneys for Defendant
                                       MELISSA JAMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA JAMES, JOHN A. JAMES II, COLEMAN C. JAMES AND C.W.J., a minor,<br><br>Defendants. | Case No. 4:14-CV-04242-DMR<br><br>[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE (AS MODIFIED)<br><br>Hon. Donna M. Ryu<br><br>Date: December 17, 2014<br>Time: 1:30 p.m.<br>Ctrm.: 4 |

Daphne A. Beletsis' Request to Appear by Phone at the Case Management Conference on December 17, 2014, at 1:30 p.m. is hereby granted. Counsel is to schedule her telephonic appearance through Courtcall. Daphne A. Beletsis must follow the protocol set forth in the attached Notice re Telephonic Appearance Procedures for Magistrate Ryu.

IT IS SO ORDERED.

DATED: 12/11/14

_____
HON. DONNA M. RYU