UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | No. C-14-04242 DMR |
| Plaintiff(s), | **ORDER RE SUPPLEMENTAL BRIEFING ON PLAINTIFF'S MOTION TO STRIKE** |
| v. | |
| MELISSA JAMES, ET AL., | |
| Defendant(s). | |

The court has reviewed Plaintiff American General Life Insurance Company's motion to strike and Defendants and Counter-Plaintiffs John A. James II, Coleman C. James, and C.W.J.'s opposition thereto. [Docket Nos. 49, 50, 52.] In their briefing, the parties do not address the California Supreme Court's decision in *White v. Western Title Insurance Co.*, 40 Cal. 3d 870, 887-88 (1985), and its applicability to the facts of this case. Accordingly, by no later than **5:00 p.m. on February 4, 2015**, Plaintiff and Defendants/Counter-Plaintiffs shall each file a brief that does not exceed two pages addressing *White* and whether it applies here.

IT IS SO ORDERED.

Dated: January 30, 2015



_____
DONNA M. RYU
United States Magistrate Judge